IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| LORI HELING, | ) |
| | ) |
| Plaintiff, | )  2:15-cv-01274 |
| | ) |
| v. | ) |
| | ) |
| CREDITORS COLLECTION | ) |
| SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

## DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff, LORI HELING, furnishes the following list in compliance with Civil L. R. 7.1:

1. **Full Name of Party Represented:** LORI HELING

2. **Is Party a Corporation?:** No

3. **Law Firms Representing Party:** SMITHMARCO, P.C.

By: s/ David M. Marco
 Attorney for Plaintiff

Dated: October 26, 2015

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail: dmarco@smithmarco.com