UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**LORI HELING,**

      **Plaintiff,**

                         Case No. 15 CV 1274

**v.**

**CREDITORS COLLECTION SERVICE, INC.,**

      **Defendant.**

---

### DEFENDANT'S OBJECTION TO COSTS

---

  Defendant, **CREDITORS COLLECTION SERVICE, INC.,** by its attorney respectfully **objects** to the Plaintiff's motion for an award of costs upon the grounds that the requested costs seeks reimbursements for:

  (1) expedited transcript fees of ……… $588;

  (2) Webcam connection fees of ………$ 50;

  (3) Conference call fees of ………….. $141.00; and,

  (4) Overnight delivery of ……………$ 40.00

      Total    $819.00.

Defendant objects to these costs on the grounds that they were **not** necessarily incurred, but incurred for the convenience of the Plaintiff's counsel and thus, should not be the responsibility of the Defendant, even if the Plaintiff prevailed. Defendant further relies upon the attached memorandum offered in support of this objection.

1

Dated this  20th  day February, 2017.

                                      *s/ David McDorman*
                                      David M. McDorman
                                      2923 Marketplace Drive, Suite 100
                                      Fitchburg, WI  53719
                                      (608) 271-2202
                                      (608) 271-4009  fax
                                      david@mcdormanlaw.com
                                      Attorney for Defendant